# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | § | |
| **Electronic Devices identified as** | § | Misc. No. 3:16-mj-6-DSC |
| **(Target Devices 1-5) in Case No.: 3:16-mj-6** | § | |
| | § | **UNDER SEAL** |

## ORDER AUTHORIZING DELAYED NOTIFICATION

Upon the Application of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and full consideration having been given to the matter,

IT IS ORDERED that, the United States' Motion for Delayed Notification is GRANTED. Such period of delay may thereafter be extended until April 21, 2016, by the Court for good cause.

IT IS FURTHER ORDERED that the Application and this Order shall be placed under SEAL until further order of this Court.

**SO ORDERED**.

Signed: February 12, 2016

_____
David S. Cayer
United States Magistrate Judge